1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DANIEL KEITH WILSON,                     No.  2:22-01768 DJC AC

12            Plaintiff,

13        v.                                  FINDINGS AND RECOMMENDATIONS

14   JOANNE BECEIGO, et al.,

15            Defendants.

16

17        By an order filed January 11, 2024, plaintiff was ordered to file a completed in forma

18   pauperis affidavit for a non-prisoner, and was cautioned that failure to do so would result in a

19   recommendation that this action be dismissed.  The thirty day period has now expired, and

20   plaintiff has not responded to the court's order and has not filed the required documents.

21        In accordance with the above, IT IS HEREBY RECOMMENDED that this action be

22   dismissed without prejudice.

23        These findings and recommendations are submitted to the United States District Judge

24   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

25   after being served with these findings and recommendations, plaintiff may file written objections

26   with the court and serve a copy on all parties.  Such a document should be captioned

27   "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

28   ////

1

1   failure to file objections within the specified time may waive the right to appeal the District

2   Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

3   DATED: February 28, 2024

4   _____
    ALLISON CLAIRE

5   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28